JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZIL HILTON LINO, <br>     Petitioner, <br>   v. <br> ELVIN VALENZUELA, Warden, <br>     Respondent. | NO. CV 13-8878-JFW (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered denying the petition and dismissing this action with prejudice.

DATED: March 28, 2014

                                              JOHN F. WALTER
                                          United States District Judge